# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: David Dillon Thompson  
              Debtor(s)

BK NO. 22-02421 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of J. WARD HOLLIDAY & ASSOCIATES, P.C. and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*  
Michael Farrington  
10 Apr 2023, 09:30:56, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322