| | |
|---|---|
| In re: | Case No. 22-02421-MJC |
| David Dillon Thompson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jun 14, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5511555 | + | QL Titling Trust Ltd, 9830 Bauer Drive, Carmel IN 46280-1972 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 16, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor QL Tilting Trust LTD/Quality Leasing Co. Inc. bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 David Dillon Thompson johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Michael Patrick Farrington | on behalf of Creditor J. WARD HOLLIDAY & ASSOCIATES P.C. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **DAVID DILLON THOMPSON,** | : | |
| Debtor(s), | : | Chapter 13 |
| | : | |
| **DAVID DILLON THOMPSON,** | : | Case No. 5:22-bk-02421-MJC |
| Objector(s), | : | Objection to Proof of Claim |
| v. | : | |
| **QL TITLING TRUST LTD.,** | : | |
| Claimant. | : | |

## ORDER GRANTING
## <u>LIMITED MOTION TO EXTEND TIME TO FILE BILL OF FEES AND COSTS</u>

Upon consideration of Debtor's Limited Motion to Extend Time to File Bill of Fees and Costs, Dkt. # 36, it is hereby **ORDERED** that the Limited Motion to Extend Time to File Bill of Fees and Costs be and is hereby **GRANTED**. It is further **ORDERED** that the deadline to file a bill of fees and costs is hereby extended to until fourteen (14) days after Claimant **QL TITLING TRUST, LTD.,** files a Motion to Reconsider or an Appeal with regard to the May 8, 2023, Order, or an Amended Proof of Claim. It is further **ORDERED** that, absent such event, the opportunity to file a bill of fees and costs pursuant to the May 8, 2023 Order shall be waived .

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 14, 2023